IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC BANK, NATIONAL ASSOCIATION, )
successor to                     )
National City Bank,              )
successor to                     )
Mid America Bank, fsb,           )
successor to                     )
Fidelity Federal Savings Bank,   )   Case No. 1:13-cv-3345
                                 )
          Plaintiff,             )   Judge:
                                 )   Hon. Robert W. Gettleman
               v.                )
                                 )   Magistrate Judge:
RYSZARD WIDELAK, DOROTA WIDELAK  )   Hon. Michael T. Mason
and THE TWIN OAKS OWNERS         )
ASSOCIATION, an Illinois         )
not-for-profit corporation,      )
                                 )
          Defendants.            )

## ORDER APPOINTING MORTGAGEE IN POSSESSION

THIS CAUSE coming on to be heard on plaintiff's Motion to Appoint Mortgagee in Possession, due notice having been served, the Court having considered the matter and the proofs and being fully advised in the premises

IT IS HEREBY ORDERED:

1.   Plaintiff's Motion is GRANTED.

2.   Plaintiff is hereby appointed Mortgagee in Possession of the mortgaged property located at 408 Inland Drive, Wheeling, Illinois 60090

3.   Plaintiff is hereby appointed Mortgagee in Possession of the mortgaged property located at 1535 Winslow Drive, Palatine, Illinois 60074.

4.   Plaintiff shall, pursuant to and in accordance with the terms and provisions of 735 ILCS 5/15-1704 and the authorizations provided in the Mortgage sought to be foreclosed in the above-captioned cause, have full power and authority to operate, manage and conserve the mortgaged property including, without limitation, the power and authority to:

(a)   secure tenants and execute leases for the real estate, the durations and terms of which are reasonable and

customary for the type of use involved, and such leases shall have the same priority as if made by the owner of the real estate;

(b)   collect the rents, issues and profits from the mortgaged real estate;

(c)   insure the mortgaged real estate against loss by fire or other casualty;

(d)   employ counsel, custodians, janitors and other help;

(e)   pay taxes which may have been or may be levied against the mortgaged real estate.

ENTER:

Nov. 5, 2013

_____
Judge

Order prepared by:
Timothy J. Somen (ARDC#6279438)
McFadden & Dillon, P.C.
120 S. LaSalle Street
Suite 1335
Chicago, Illinois 60603
(312) 201-8300