IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank, | ) ) ) ) ) ) ) | Case No. 1:13-cv-3345 |
| Plaintiff, | ) ) | Judge: Hon. Robert W. Gettleman |
| v. | ) ) | Magistrate Judge: |
| RYSZARD WIDELAK, DOROTA WIDELAK and THE TWIN OAKS OWNERS ASSOCIATION, an Illinois not-for-profit corporation, | ) ) ) ) ) | Hon. Michael T. Mason |
| Defendants. | ) | |

**ORDER APPOINTING SPECIAL COMMISSIONER**

THIS CAUSE coming on to be heard on Plaintiff's Motion to Appoint Special Commissioner, due notice having been served and the Court being fully advised in the premises

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is granted and The Judicial Sales Corporation is appointed as special commissioner to sell the real estate that is the subject of the above-captioned cause.

ENTER:

11/5/2013

_Robert W. Gettleman_
Judge

Thomas J. Dillon (ARDC#3124223)
t.dillon@mcdillaw.com
Wendy Kaleta Skrobin (ARDC#6226119)
w.skrobin@mcdillaw.com
Timothy J. Somen (ARDC#6279438)
t.somen@mcdillaw.com
McFadden & Dillon, P.C.
120 S. LaSalle Street
Suite 1335
Chicago, Illinois 60603
(312) 201-8300