IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank,<br><br>      Plaintiff,<br><br>      v.<br><br>RYSZARD WIDELAK, DOROTA WIDELAK and THE TWIN OAKS OWNERS ASSOCIATION, an Illinois not-for-profit corporation,<br><br>      Defendants.<br>------------------------------------<br>PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank,<br><br>      Plaintiff/Mortgagee in Possession,<br><br>      v.<br><br>MARIA LULE, VICTOR LULE, FREDDY DUMAG, NATALIA KONARKOWSKA, and MARIA PEREZ,<br><br>      Supplemental Defendants/ Occupants. | Case No. 1:13-cv-3345<br><br>Judge:<br>Hon. Robert W. Gettleman<br><br>Magistrate Judge:<br>Hon. Michael T. Mason |

**SUPPLEMENTAL PETITION FOR
POSSESSION PURSUANT TO 735 ILCS 5/15-1701(h)**

NOW COMES the plaintiff/mortgagee in possession, PNC Bank, National Association, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank ("PNC"), by and through its attorneys, Thomas J. Dillon, Wendy

Kaleta Skrobina and McFadden & Dillon, P.C., and for its Supplemental Petition for Possession pursuant to 735 ILCS 5/15-1701(h) against supplemental defendants/occupants, Maria Lule ("Ms. Lule"), Victor Lule ("Mr. Lule"), Freddy Dumag ("Mr. Dumag"), Natalia Konarkowska ("Ms. Konarkowska") and Maria Perez ("Ms. Perez")(collectively the "Tenants") states as follows:

1. PNC was appointed Mortgagee in Possession ("MIP") for the property located at 1535 Winslow Drive, Palatine, Illinois 60074 ("the Property") on November 5, 2013. The Court's November 5, 2013 Order appointing PNC as MIP is of record as Document #20, page ID #142-143.

2. In its capacity as MIP, PNC engaged the services of a property manager, Siegel-Gallagher Management Company (the "Manager"), in order to manage the day to day operations of the Property. PNC subsequently learned from the Manager that Unit 1A of the Property is occupied by Ms. Lule and Mr. Lule, Unit 2A of the Property is occupied by Mr. Dumag and Ms. Konarkowska, and Unit 3A of the Property is occupied by Ms. Perez.

3. Beginning on or about November 5, 2013, PNC, as MIP and through the Manager, began to collect rents at the Property and sought rental payments from the Tenants in the amounts previously provided to the Mortgagor. Since that time, however, the Tenants have failed to pay any rents. As a result, the Tenants were provided written notice (collectively the "Notices") by the Manager of the Tenants' defaults in their rent payments by personal

service. True and correct copies of the Notices served upon the Tenants are attached hereto and made a part hereof as Exhibit A.

4. Ms. Lule and Mr Lule are in arrears on their rental obligation for the Property at the time of the filing of this Petition in the amount of $3,950.00.

5. Mr. Dumag and Ms. Konarkowska are in arrears of their rental obligation for the Property at the time of the filing of this Petition in the amount of $6,400.00.

6. Ms. Perez is in arrears of her rental obligation for the Property in the amount of $7,120.00.

7. 735 ILCS 5/15-1701(h) provides, in pertinent part:

> "(1) The mortgagee-in-possession of the mortgaged real estate...may, at any time during the pendency of the foreclosure and up to 90 days after the date of the order confirming the sale, file a supplemental petition for possession against a person not personally named as a party to foreclosure. The supplemental petition for possession shall name each such occupant against who possession is sought and state the facts upon which the claim for relief is premised.
>
> (2) The petitioner shall serve upon each named occupant the petition, a notice of hearing on the petition, and, if any, a copy of the certificate of sale or deed. The proceeding for the termination of such occupant's possessory interest, including service of the notice of the nearing and the petition, shall in all respects comport with the requirements of Article 9 of this Code, except as otherwise specified in this Section. The hearing shall be no less than 21 days from the date of service of the notice.
>
> (3) The supplemental petition shall be heard as part of the foreclosure proceeding and without the payment of additional filing fees. An order for possession obtained under this Section shall name each occupant whose interest has been terminated, shall recite that it is only effective as to the occupant so named and those

holding under them, and shall be enforceable for no more than 90 days after its entry, except that they 90-day period may be extended to the extent and in the manner provided in Section 9-117 of Article 9 and except as provided in item (4) of this subsection (h)."

735 ILCS 5/15-1701(h).

8. As noted above, the Tenants have been in possession of their respective units at the Property without paying rent and are, therefore, wrongfully in possession. Accordingly, PNC hereby requests, in its capacity as MIP, that this Court terminate the tenancies of the Tenants at the Property and award PNC possession of the Tenants' respective units.

**WHEREFORE**, plaintiff/mortgagee in possession, PNC Bank, National Association, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank, respectfully requests that this Honorable court pursuant to 735 ILCS 5/15-1701(h) (i) enter an Order terminating the tenancies of Maria Lule, Victor Lule, Freddy Dumag, Natalia Konarkowska, and Maria Perez at the Property, (ii) award PNC possession of the aforesaid Tenants' respective units at the Property and (iii) grant such further and additional relief that the Court deems just and proper.

                                              Respectfully Submitted,

                                              /s/ Wendy Kaleta Skrobin
One of the attorneys for plaintiff, PNC Bank, National Association, successor to Naitonal City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank

Thomas J. Dillon (ARDC#3124223)
Wendy Kaleta Skrobin (ARDC#6226119)
McFadden & Dillon, P.C.
120 South Lasalle Street, Suite 1335
Chicao, Illinois 60603
(312) 201-8300
Atty. No. 26370