# Exhibit A

## LANDLORD'S FIVE DAY NOTICE

OSBORNE LEGAL FORMS

BRADLEY K. SULLIVAN

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

TO TENANT: __Victor & Maria Lule__

You are hereby notified that there is now due the undersigned landlord the sum of:

__Three Thousand Nine Hundred Fifty__ Dollars and __.00__ Cents ( __$3,950.00__ )

being rent for the premises situated in the City of: __Palatine__, County of: __Cook__, and State of Illinois,

described as follows, to wit: __1535 Winslow Drive__

APARTMENT No. __1-A__ together with all buildings, sheds, closets, out-buildings, garages and barns used in connection with said premises. And you are further notified that full payment of said sum so due has been and is hereby demanded of you, and that unless full payment thereof is made on or before the expiration of five days after service of this notice your leasehold of said premises will be terminated, without terminating your obligations thereunder, five legal days after the date of service of this notice, excluding federal holidays. Should the fifth day of the five-day period be a Saturday or Sunday, the fifth day shall become the next business day.

ONLY FULL PAYMENT of the rent demanded in this notice will waive the landlord's right to terminate the lease under this notice, unless the landlord agrees in writing to continue the lease in exchange for receiving partial payment.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

LANDLORD/AGENT: __Robert W. Wermes__ is hereby authorized to receive said rent for the undersigned.

DATED this __9th__ day of __July__ 20__14__

SIGNATURE __[signed]__
(Landlord or Agent)

---

STATE OF ILLINOIS } SS.
COUNTY OF _____ }

### AFFIDAVIT OF SERVICE (When served by a person not an officer.)

Name of person serving this notice: __Robert W. Wermes__ being duly sworn, on oath deposes and says that on the __9th__ day of __July__ 20__14__ I served the within notice on the tenant named therein, as follows: (Check the appropriate box.)

☒ (1) by delivering a copy of this notice to the above named tenant: __Maria Lule__

☐ (2) by delivering a copy of this notice to: _____ a person above the age of thirteen years, residing on or in charge of the premises described above.

☐ (3) by sending a copy of this notice to the above named tenant by:
   ☐ certified mail )
   ) with request for return of receipt from the addressee.
   ☐ registered mail )

"OFFICIAL SEAL"
HEIDI LYNCH
Notary Public, State of Illinois
My Commission Expires June 03, 2017

☐ (4) by posting a copy of this notice on the main door of the premises described above, NO ONE BEING IN ACTUAL POSSESSION THEREOF.

Subscribed and sworn to before me this __9th__ day of __July__ 20__14__

__Heidi Lynch__
Notary Public

__[signed]__
Signature of person serving this notice.

COPYRIGHT © 1994 by Osborne Forms All rights reserved.

✱ After repeatedly attempting to the the notice in person at the property on a number of dates & various times, hearing the occupants inside the property who were refusing to answer the door, I slid the notice under the door. There is also an unchained or caged vicious pit bull inside.

## LANDLORD'S FIVE DAY NOTICE

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

TO TENANT: **Freddy Dumag & Natalia Konarkowska**

You are hereby notified that there is now due the undersigned landlord the sum of:
**Six Thousand Four Hundred** Dollars and **00** Cents ( **$6,400.00** )
being rent for the premises situated in the City of: **Palatine**, County of: **Cook**, and State of Illinois,
described as follows, to wit: **1535 Winslow Drive**
APARTMENT No. **2-A** together with all buildings, sheds, closets, out-buildings, garages and barns used in connection with said premises. And you are further notified that full payment of said sum so due has been and is hereby demanded of you, and that unless full payment thereof is made on or before the expiration of five days after service of this notice your leasehold of said premises will be terminated, without terminating your obligations thereunder, five legal days after the date of service of this notice, excluding federal holidays. Should the fifth day of the five-day period be a Saturday or Sunday, the fifth day shall become the next business day.

ONLY FULL PAYMENT of the rent demanded in this notice will waive the landlord's right to terminate the lease under this notice, unless the landlord agrees in writing to continue the lease in exchange for receiving partial payment.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

LANDLORD/AGENT: **Robert W. Wermes** is hereby authorized to receive said rent for the undersigned.

DATED this **9th** day of **July**, 20**14**

SIGNATURE: _____ (Landlord or Agent)

---

STATE OF ILLINOIS ) SS.
COUNTY OF _____ )

### AFFIDAVIT OF SERVICE (When served by a person not an officer.)

Name of person serving this notice: **Robert W. Wermes** being duly sworn, on oath deposes and says that on the **9th** day of **July**, 20**14**, I served the within notice on the tenant named therein, as follows: (Check the appropriate box.)

☐ (1) by delivering a copy of this notice to the above named tenant: _____

☐ (2) by delivering a copy of this notice to: _____ a person above the age of thirteen years residing on or in charge of the premises described above.

☐ (3) by sending a copy of this notice to the above named tenant by:
 ☐ certified mail )
 ) with request for return of receipt from the addressee.
 ☐ registered mail )

☐ (4) by posting a copy of this notice on the main door of the premises described above, NO ONE BEING IN ACTUAL POSSESSION THEREOF.

"OFFICIAL SEAL"
HEIDI LYNCH
Notary Public, State of Illinois
My Commission Expires June 03, 2017

Subscribed and sworn to before me this **9th** day of **July**, 20**14**

_Heidi Lynch_
Notary Public

Signature of person serving this notice.

COPYRIGHT © 1984 by Osborne Forms. All rights reserved.

✳ AFTER REPEATEDLY ATTEMPTING to SERVE the NOTICE IN PERSON AT THE PROPERTY
A NUMBER OF DATES & VARIOUS TIMES, HEARING THE OCCUPANTS INSIDE THE PROPERTY
WHO WERE REFUSING TO ANSWER THE DOOR, I SLID THE NOTICE UNDER THE DOOR.

---

OSBORNE LEGAL FORMS®

## LANDLORD'S FIVE DAY NOTICE

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

TO TENANT: **MARIA PEREZ**

You are hereby notified that there is now due the undersigned landlord the sum of:

**Seven Thousand One Hundred Twenty** Dollars and **.00** Cents (**$7,120.00**)

being rent for the premises situated in the City of: **PALATINE**, County of: **COOK**, and State of Illinois,

described as follows, to wit: **1535 WINSLOW DRIVE**

APARTMENT No. **3A** together with all buildings, sheds, closets, out-buildings, garages and barns used in connection with said premises. And you are further notified that full payment of said sum so due has been and is hereby demanded of you, and that unless full payment thereof is made on or before the expiration of five days after service of this notice your leasehold of said premises will be terminated, without terminating your obligations thereunder, five legal days after the date of service of this notice, excluding federal holidays. Should the fifth day of the five-day period be a Saturday or Sunday, the fifth day shall become the next business day.

ONLY FULL PAYMENT of the rent demanded in this notice will waive the landlord's right to terminate the lease under this notice, unless the landlord agrees in writing to continue the lease in exchange for receiving partial payment.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

LANDLORD/AGENT: **ROBERT W. WERMES** is hereby authorized to receive said rent for the undersigned.

DATED this **9TH** day of **JULY**, 20**14**.

SIGNATURE _____
(Landlord or Agent)

---

STATE OF ILLINOIS } SS.
COUNTY OF _____ }

### AFFIDAVIT OF SERVICE (When served by a person not an officer.)

Name of person serving this notice: **ROBERT W. WERMES** being duly sworn, on oath deposes and says that on the **9TH** day of **JULY** 20**14** I served the within notice on the tenant named therein, as follows: (Check the appropriate box.)

☐ (1) by delivering a copy of this notice to the above named tenant: _____

☐ (2) by delivering a copy of this notice to: _____ a person above the age of thirteen years, residing on or in charge of the premises described above.

☐ (3) by sending a copy of this notice to the above named tenant by:
   ☐ certified mail )
   ) with request for return of receipt from the addressee.
   ☐ registered mail )

☐ (4) by posting a copy of this notice on the main door of the premises described above, NO ONE BEING IN ACTUAL POSSESSION THEREOF.

"OFFICIAL SEAL"
HEIDI LYNCH
Notary Public, State of Illinois
My Commission Expires June 03, 2017

Subscribed and sworn to before me this **9th** day of **July** 20**14**

_Heidi Lynch_
Notary Public

_____
Signature of person serving this notice.

COPYRIGHT © 1994 by Osborne Forms. All rights reserved.