IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank,<br><br>    Plaintiff,<br><br>    v.<br><br>RYSZARD WIDELAK, DOROTA WIDELAK and THE TWIN OAKS OWNERS ASSOCIATION, an Illinois not-for-profit corporation,<br><br>    Defendants.<br>------------------------------------<br>PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank,<br><br>    Plaintiff/Mortgagee in Possession,<br><br>    v.<br><br>MARIA LULE, VICTOR LULE, FREDDY DUMAG, NATALIA KONARKOWSKA, and MARIA PEREZ,<br><br>    Supplemental Defendants/ Occupants. | Case No. 1:13-cv-3345<br><br>Judge:<br>Hon. Robert W. Gettleman<br><br>Magistrate Judge:<br>Hon. Michael T. Mason |

**SUPPLEMENTAL ORDER OF POSSESSION**

This cause coming on to be heard on Plaintiff/Mortgagee in Possession's Supplemental Petition for Possession Pursuant to 735 ILCS 5/15-1701(h), due notice having been served and the Court being fully advised in the premises

    **IT IS HEREBY ORDERED:**

    1.    Plaintiff/Mortgagee in Possession's Supplemental Petition for Possession Pursuant to 735 ILCS 5/15-1701(h) is GRANTED.

2. The Plaintiff/Mortgagee in Possession, PNC Bank, National Association, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank, is entitled to immediate possession of the property commonly known as 1535 Winslow Drive, Unit 1A, Palatine, Illinois 60074.

3. The Plaintiff/Mortgagee in Possession, PNC Bank, National Association, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank, is entitled to immediate possession of the property commonly known as 1535 Winslow Drive, Unit 2A, Palatine, Illinois 60074.

4. The Plaintiff/Mortgagee in Possession, PNC Bank, National Association, successor to National City Bank, successor to Mid America Bank, fsb, successor to Fidelity Federal Savings Bank, is entitled to immediate possession of the property commonly known as 1535 Winslow Drive, Unit 3A, Palatine, Illinois 60074.

5. The U.S. Marshals are directed to immediately evict the Supplemental Defendants/Occupants, Maria Lule and Victor Lule from Unit 1A of the property.

6. The U.S. Marshals are directed to immediately evict the Supplemental Defendants/Occupants, Freddy Dumag and Natalia Konarkowska from Unit 2A of the property.

7. The U.S. Marshals are directed to immediately evict the Supplemental Defendant/Occupant, Maria Perez from Unit 3A of the property.

8. This Supplemental Order of Possession shall be effective immediately.

ENTER:

August 21, 2014

_____
Judge Robert W. Gettleman

Order prepared by:
Thomas J. Dillon
Wendy Kaleta Skrobin
McFadden & Dillon, P.C.
120 S. LaSalle Street, Suite 1335
Chicago, Illinois 60603
(312) 201-8300
Atty No. 26370