# Daily Herald

1 : 13 CV 3345

3/02/2015  3/09/2015  3/16/2015

## Certificate of Publication

The **Daily Herald** is a secular newspaper, has been continuously published weekly for more than fifty (50) weeks prior to the first publication of the attached notice, is published in the city of **Arlington Heights**, county of **Cook County**, State of Illinois, is of general circulation throughout that county and surrounding areas, and is a newspaper as defined by 715 ILCS 5/5.

This notice, a copy of which is attached, was published **Three** times in **Daily Herald**, namely one time per week for Three successive weeks.

The first publication of the notice was made in the newspaper, dated and published on **3/02/2015** and the last publication was **3/16/2015**

The notice was also placed on a statewide public notice website as required by 715 ILCS 5/2.1.
In witness, Daily Herald has signed this certificate by its registered agent.

Daily Herald
By:

*Jennifer Fitzgerald*

Registered Agent

## Legal Text

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR TO NATIONAL CITY BANK, SUCCESSOR TO MID AMERICA BANK, FSB, SUCCESSOR TO FIDELITY FEDERAL SAVINGS BANK Plaintiff, -v.- RYSZARD WIDELAK, DOROTA WIDELAK, AND THE TWIN OAKS OWNERS ASSOCIATION, AN ILLINOIS NOT-FOR-PROFIT CORPORATION Defendants 1 : 13 CV 3345 408 INLAND DRIVE Wheeling, IL 60090 1535 WINSLOWE DRIVE Palatine, IL 60074 JUDGE ROBERT W. GETTLEMAN NOTICE OF SPECIAL COMMISSIONER'S SALE PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on November 5, 2013, an agent for The Judicial Sales Corporation, Special Commissioner appointed herein, will at 10:30 AM on April 15, 2015, at The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606, sell at public auction to the highest bidder, as set forth below, the following described real estate: PARCEL 1: THAT PART OF LOT 1 IN HENRY GRANDT AND OTHERS SUBDIVISION OF PART OF SECTION 12 AND 13, TOWNSHIP 42 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JANUARY 29, 1923 AS DOCUMENT 7790590, DESCRIBED AS FOLLOWS: BEGINNING AT A POINT 1002.90 FEET EAST AND 102.50 FEET NORTH OF THE SOUTHWEST CORNER OF SAID LOT 1, AS MEASURED ALONG THE SOUTH LINE THEREOF AND ALONG A LINE AT RIGHT ANGLES THERETO (THE SOUTH LINE OF SAID LOT 1 HAVING AN ASSUMED BEARING OF DUE EAST-WEST FOR THIS LEGAL DESCRIPTION): THENCE NORTH 08 DEGREES 56 MINUTES 00 SECONDS WEST, 42.88 FEET; THENCE SOUTH 81 DEGREES 04 MINUTES 00 SECONDS WEST, 6.00 FEET; THENCE NORTH 08 DEGREES 56 MINUTES 00 SECONDS WEST 10.58 FEET; THENCE NORTH 81 DEGREES 04 MINUTES 00 SECONDS EAST, 62.75 FEET; THENCE SOUTH 08 DEGREES 56 MINUTES 00 SECONDS EAST, 53.46 FEET; THENCE SOUTH 81 DEGREES 04 MINUTES 00 SECONDS WEST, 56.75 FEET; TO THE PLACE OF BEGINNING, IN COOK COUNTY, ILLINOIS. PARCEL 2: EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF 20, 1978 AS DOCUMENT NUMBER 2994959, IN COOK COUNTY, ILLINOIS. PARCEL 2: EASEMENT FOR THE BENEFIT OF PARCEL 1 OVER LOTS 34 AND 35 AS CREATED BY DECLARATION OF EASEMENTS DATED JANUARY 20, 1978 AS DOCUMENT NO. LR2994960 FOR INGRESS AND EGRESS, IN COOK COUNTY, ILLINOIS. Commonly known as 1535 WINSLOWE DRIVE, Palatine, IL 60074 Property Index No. 02-12-100-054-0000. The real estate is improved with a multi-family residence. The total judgment amount was $661,083.89. Sale terms: 10% down of the highest bid by certified funds at the close of the sale payable to The Judicial Sales Corporation. No third party checks will be accepted. The balance in certified funds/or wire transfer, is due within twenty-four (24) hours. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "AS IS" condition. The sale is further subject to confirmation by the court. Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale. The property will NOT be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information. If this property is a condominium unit, the purchaser of the unit at the foreclosure sale, other than a mortgagee, shall pay the assessments and the legal fees required by The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4). If this property is a condominium unit which is part of a common interest community, the purchaser of the unit at the foreclosure sale other than a mortgagee shall pay the assessments required by The Condominium Property Act, 765 ILCS 605/18.5(g-1). IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW. You will need a photo identification issued by a government agency (driver's license, passport, etc.) in order to gain entry into our building and the foreclosure sale room in Cook County and the same

PARCEL 1 AS SET FORTH IN INSTRUMENT DATED JUNE 9, 1988 AND RECORDED JUNE 10, 1988 AS DOCUMENT 88253526. PARCEL 3: EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF PARCEL 1 AS SET FORTH IN INSTRUMENT DATED SEPTEMBER 1, 1978 AND RECORDED ON OCTOBER 12, 1978 AS DOCUMENT 24666972. PARCEL 4: EASEMENT FOR PARTY WALLS, INGRESS AND EGRESS AS CREATED BY AMENDMENT AND RESTATEMENT OF DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS, PARTY WALLS AND EASEMENTS, DATED JUNE 9, 1988 AND RECORDED ON JUNE 10, 1988 AS DOCUMENT 88253528 AND BY SUPPLEMENTAL DECLARATION TO FIRST AMENDMENT TO AGREEMENT TO PROVIDE PARTY WALLS RIGHTS, EASEMENTS, COVENANTS AND RESTRICTIONS DATED DECEMBER 19, 1989 AND RECORDED DECEMBER 20, 1989 AS DOCUMENT 89608946. Commonly known as 408 INLAND DRIVE, Wheeling, IL 60090 Property Index No. 03-12-300-126-0000 The real estate is improved with a multi-family residence. PARCEL 1: LOT 18 IN PALATINE SQUARE, A PLANNED UNIT DEVELOPMENT PLAT OF PART OF THE NORTHWEST 1/4 OF SECTION 12, TOWNSHIP 42 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF REGISTERED IN THE OFFICE OF THE REGISTRAR OF TITLES OF COOK COUNTY, ILLINOIS ON JANUARY identification for sales held at other county venues where The Judicial Sales Corporation conducts foreclosure sales. For information, contact Plaintiff's attorney: MCFADDEN & DILLON, P.C., 120 S. LASALLE STREET, SUITE 1335, CHICAGO, IL 60603, (312) 201-8300 THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales. MCFADDEN & DILLON, P.C. 120 S. LASALLE STREET, SUITE 1335 CHICAGO, IL 60603 (312) 201-8300 Case Number: 1 : 13 CV 3345 TJSC#: 34-16331 NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.